# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ANTONIO PAYTON,** )<br>)<br>  **Petitioner/Defendant,** )<br>) **CIVIL NO. 04-cv-4111-JPG**<br>**vs.** )<br>) **CRIMINAL NO. 99-cr-40034**<br>**UNITED STATES of AMERICA ,** )<br>)<br>  **Respondent/Plaintiff.** ) | |

| | |
|---|---|
| **ANTONIO PAYTON,** )<br>)<br>  **Petitioner/Defendant,** )<br>) **CIVIL NO. 04-cv-4205-JPG**<br>**vs.** )<br>) **CRIMINAL NO. 99-cr-40034**<br>**UNITED STATES of AMERICA ,** )<br>)<br>  **Respondent/Plaintiff.** ) | |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

This matter is before the Court on two separate motions for relief pursuant to 28 U.S.C. § 2255, as captioned above. According to Petitioner's motion to consolidate (Doc. 5), he filed the first case *pro se* because he was not sure that his retained counsel would file such a motion within the statute of limitations. The Court agrees that these two cases should be consolidated into the first case filed, and therefore the motion to consolidate is **GRANTED**.

**IT IS HEREBY ORDERED** that the above-captioned cases are hereby **CONSOLIDATED** as one cause of action.

**IT IS FURTHER ORDERED** that the Clerk shall **FILE** a copy of the § 2255 motion from Case No. 04-cv-4205-JPG as an amended § 2255 motion in Case No. 04-cv-4111-JPG.

**IT IS FURTHER ORDERED** that all future filings in this matter shall be made in Case No. 04-cv-4111-JPG.  No further filings shall be made in Case No. 04-cv-4205-JPG.

The Clerk is **DIRECTED** to **CLOSE** Case No. 04-cv-4205-JPG.

**IT IS SO ORDERED.**

**Dated: August 31, 2005**

                                                  **s/ J. Phil Gilbert**
                                                  **U. S. District Judge**