UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff/Respondent,<br><br>    v.<br><br>ANTONIO J. PAYTON, JR.,<br><br>        Defendant/Petitioner. | Case No. 04-cv-4111-JPG |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Antonio J. Payton, Jr.'s **petition for a writ of *habeas corpus*/ motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255** is denied, that judgment is entered in favor of respondent **United States of America** and against petitioner Antonio J. Payton, Jr., and that this case is dismissed with prejudice.

**DATED: November 8, 2007**                                 **NORBERT JAWORSKI**

                                                                   **s/Vicki Lynn McGuire**
                                                                        **Deputy Clerk**


**Approved:**     s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**